Oct. 30, 2023

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

```
☒ FILED      ☐ LODGED
☐ RECEIVED   ☐ COPY

   NOV 0 6 2023
CLERK U S DISTRICT COURT
 DISTRICT OF ARIZONA
BY_____ DEPUTY
```

ROBERT HARRIS
  PETITIONER,

v.

R.A HEISNER, WARDEN;
INTERIM WARDEN,
  RESPONDENTS.

CASE No: **CV23-02320-PHX-DWL--ESW**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCivP 5.4__
(Rule Number/Section)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### PERSONAL INFORMATION

1. (a) FULL NAME: ROBERT HARRIS
   (b) OTHER NAMES YOU HAVE USED: N/A

2. PLACE OF CONFINEMENT
   (a) NAME OF INSTITUTION: F.C.I. PHOENIX, MEDIUM
   (b) ADDRESS: ROBERT HARRIS
       REG. # 64901-056
       FEDERAL CORRECTIONAL INSTITUTION
       F.C.I. PHOENIX, MEDIUM
       37910. N. 45TH AVE.
       PHOENIX, AZ 85086

1.

Oct. 30, 2023

(c) Your identification number: Reg. #64901-056

3. Are you currently being held on orders by: ☒ Federal Authorities

4. ☒ SERVING A SENTENCE

   (a) Name and location of court that sentenced you: NEW BERN, NC FEDERAL COURT

   (b) Docket Number of criminal case: NOT AVAILABLE TO ME RIGHT NOW

   (c) Date of sentencing: NOT AVAILABLE TO ME RIGHT NOW

5. WHAT ARE YOU CHALLENGING IN THIS PETITION:

   ☒ OTHER: THE ILLEGAL HOLDING OF PETITIONER IN SHU, FALSE IMPRISONMENT, AND CONSTITUTIONAL VIOLATIONS, CIVIL RIGHTS, AND HUMAN RIGHTS VIOLATIONS.

6. PROVIDE MORE INFORMATION ABOUT DECISION OR ACTION YOU'RE CHALLENGING:

   (a) NAMES AND LOCATION OF THE AGENCY OR COURT: B.O.P. AND F.C.I. PHOENIX, MEDIUM IN AZ.

   (b) DOCKET NO., CASE NO., OR OPINION NO.: NO RESPONSES GIVEN

   (c) DECISION OR ACTION YOU ARE CHALLENGING: BEING PLACED IN SHU AFTER BEGGING C.O. FOR HELP AND HOSPITAL SAYING PETITIONER WAS LUCKY HE DIDN'T DIE HE WAS GIVEN IV AT HOSPITAL HIS HEART RATE EXTREMELY LOW; HELD IN SHU ILLEGALLY - ALL INVESTIGATIONS AND NO WRITE-UPS GIVEN, ENDED SEPT. 10. FALSE IMPRISONMENT BEING HELD IN SHU FOR NO REASON. THE STAFF UNDER FEEDING US AND PLACING US IN ROACH & CRICKET INFESTED CONFINEMENT IN A 3-MAN IN 2 BUNK CELLS, IN SHU.

   (d) DATE OF THE DECISION OR ACTION: AUG. 9, 2023 PLACED IN SHU AFTER RETURNING FROM HOSPITAL. BEING HELD TO THE DATE OF THIS PETITION FOR WHO KNOWS HOW LONG?

7. FIRST APPEAL, SECOND APPEAL, AND THIRD APPEALS DID YOU FILE A GRIEVANCE? ☒ YES

   (a) Name of the AUTHORITY, AGENCY, OR COURT: B.O.P.

2.

Oct. 30, 2023

(b) DATE OF FILING: BP-8 - REQUEST TO STAFF FILED WITHIN DAYS. REQUEST FOR BP-8½ INFORMAL RESOLUTION DENIED WROTE UP ON REGULAR PAGE AND TURNED IN. REQUEST BP-9 WON'T GIVE FORM - HAND WROTE OUT FORM - NO REPLY GIVEN ON FOLLOWING ISSUES: BEING HELD ILLEGALLY/ FALSE IMPRISONMENT IN SHU. NO REPLY TO BP-9 AND THEN HANDWROTE BP-10 SENT TO REGION AND TOLD THEY DELAYING AND TAMPERING WITH MAIL NEVER HELD BACK FROM REGION. SAME ISSUE PROCESS PETITIONER WENT THROUGH WITH UNDER FEEDING US. THE WHOLE RANGE PUT REQUEST TO STAFF, AND PROCEEDING WITH HANDWRITTEN BP-8½, BP-9, AND BP-10. NEXT ISSUE: CONFINEMENT WITH ROACHES & CRICKETS INFESTED AND 3-MAN CELL WITH TWO BUNKS. REQUEST TO STAFF (BP-8), BP-8½, BP-9, AND BP-10 HANDWRITTEN. MAILINGS TO REGION LEFT AND NO ANSWER. STAFF AT F.C.I. PHOENIX ARE DELAYING & TAMPERING WITH MAIL AND PETITIONER HEARD THEY ARE DOING THIS WITH MANY INMATES. PETITIONER NOT ALLOWED COPIES.

8. GROUNDS FOR YOUR CHALLENGE IN THIS PETITION
STATE EVERY GROUND (REASON) THAT SUPPORTS YOUR CLAIM THAT YOU ARE BEING HELD IN VIOLATION OF THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES.

GROUND ONE: BEING HELD ILLEGALLY, FALSE IMPRISONMENT IN SPECIAL HOUSING UNIT (SHU) FOR NO MEANIFUL REASON RETALIATION VIOLATES FIRST AMENDMENT RIGHTS, CIVIL RIGHTS.

SUPPORTING FACTS: PETITIONER WAS PLACED IN SHU AFTER RETURNING FROM HOSPITAL ON AUG. 9, 2023, A INVESTIGATION WAS DONE AND CLOSED SEPT. 10, 2023 AND NO WRITE-UP

3.

Oct. 30, 2023

WAS GIVEN. PETITIONER IS BEING HELD ILLEGALLY AND ITS FALSE IMPRISONMENT. HE HAS NO MEANIFUL REASON FOR BEING HELD IN SHU. REQUESTING TO BE SENT AND GOING BACK TO GENERAL POPULATION.

GROUND TWO: EIGHTH AMENDMENT VIOLATION - PRISONS ARE REQUIRED TO SERVE FOOD THAT IS NUTRITIOUS, AND NOT UNDER FEED INMATES.

SUPPORTING FACTS: PETITIONER STATES THE STAFF AT F.C.I. PHOENIX IS UNDER FEEDING ALL INMATES IN SHU. ONE INMATE IS DAILY DOCUMENTING WHAT FOOD IS BEING GIVEN, AND STAFF IS NOT FOLLOWING THE NATIONAL MENU, AND DO NOT SUBSTITUTE IF A FOOD ITEM IS OUT. DAILY BEING SHORTED FOOD AT LUNCH AND DINNER AND MOST BREAKFAST. HUNGRY DAILY.

GROUND THREE: EIGHTH AMENDMENT VIOLATIONS TO SANITATION AND PERSONAL Hygiene.

SUPPORTING FACTS: ROACH AND CRICKET INFESTATIONS IS IN THE SHU. AND NOT GIVEN CLEANING SUPPLIES TO CLEAN TOILETS, SINKS. PETITIONER IS SEEING 20 TO 30 ROACHES & CRICKETS DAILY, TRYING TO KILL OFF AS MANY AS POSSIBLE. REQUEST CLEANING SUPPLIES BEING DENIED.

GROUND FOUR: EIGHTH AMENDMENT VIOLATION TO OVERCROWDING AND PLACE 3 MEN IN A CELL WHILE ONE INMATE NEEDED TO SLEEP ON FLOOR.

SUPPORTING FACTS: OCT. 14 TO OCT. 17, 2023 THE STAFF PLACED PETITIONER AND MARALIS GARCIA #34625-509, AND WORINE SAMS #21755-509 IN A CELL THAT ONLY HAD TWO BUNKS BECAUSE SHU IS OVERCROWDING WITH INMATES.

4.

Oct. 30, 2023

9. IF THERE ARE ANY GROUNDS THAT YOU DID NOT PRESENT IN ALL APPEALS THAT WERE AVAILABLE TO YOU, EXPLAIN WHY YOU DID NOT: ACCESS TO THE COURTS, ACCESS TO LEGAL FILES, DELAY AND TAMPERING WITH MAIL, AIR QUALITY AND TEMPERATURE - WASN'T ABLE TO HAVE ACCESS TO PAPER & PENS - WASN'T ABLE TO GET BP-8, BP-8½, BP-9, BP-10 - COMMISSARY WAS OUT OF PAPER. PENS NO LONGER GIVEN - FLEX PENCILS WE CAN'T SHARPEN.

10. REQUEST FOR RELIEF
   PETITION WILL ASK FOR THE FOLLOWING RELIEF:
   A) ORDER B.O.P. TO RELEASE PETITIONER FROM SHU IMMEDIATELY BACK TO GENERAL POPULATION.

   B) ORDER B.O.P. TO PROVIDE FOOD ACCORDING TO NATIONAL MENU AND SUBSTITUTE ITEMS WHEN OUT OF STOCK. GIVE ENSURE AS A SUPPLEMENT.

   C) ORDER B.O.P. TO EXTERMINATE ALL ROACHES & CRICKETS IN SHU ROOMS AND PROVIDE CLEANING SUPPLIES.

   D) ORDER B.O.P. TO STOP 3-MEN TO A TWO-BUNK CELL BECAUSE OF OVERCROWDING IN SHU ALSO BECAUSE THEY ARE HOLDING PEOPLE IN SHU ILLEGALLY WHO CAN GO BACK TO GENERAL POPULATION LIKE PETITIONER

   E) ORDER B.O.P. TO GIVE PENS BACK WE CAN'T EVEN WRITE WITH THESE PENCILS OR SHARPEN THEM. NOT RIGHT! FLEX PENCILS - CAN'T WRITE WITH THEM.

5.

DECLARATION UNDER PENALTY OF PERJURY / CERTIFICATE OF SERVICE

IF YOU ARE INCARCERATED, ON WHAT DATE DID YOU PLACE THIS PETITION IN THE PRISON MAIL SYSTEM?

OCT. 30, 2023

I DECLARE UNDER PENALTY OF PERJURY THAT I AM THE PETITIONER, I HAVE READ THIS PETITION OR HAD IT READ TO ME, AND THE INFORMATION IN THIS PETITION IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT FALSE STATEMENT OF A MATERIAL FACT MAY SERVE AS THE BASIS FOR PROSECUTION FOR PERJURY.

DATE: OCT 30, 2023

ROBERT HARRIS
↗ SIGNATURE OF PETITIONER
↳ ROBERT HARRIS

6.