# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Harris,<br><br>    Petitioner,<br><br>v.<br><br>RA Heisner, et al.,<br><br>    Respondents. | **NO. CV-23-02320-PHX-DWL (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed February 1, 2024, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is dismissed. Petitioner to take nothing and this action is hereby dismissed.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

February 1, 2024

                                          s/ Kathren Gray
                                    By    Deputy Clerk